# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133034

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

JASON DONALD JEFFERS,
　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133034
COA: 273933
Genesee CC: 03-012133-FH

On order of the Court, the application for leave to appeal the December 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

_____
Clerk